STATE OF NEW JERSEY v. SANTOS RODRIQUEZ.

October 15, 1974. Petition for certification denied. (See 130 *N. J. Super.* 57)

STATE OF NEW JERSEY v. DENNIS MELLY.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST P. ROBERTS.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ANTONI ROSZKOWSKI.

October 15, 1974. Petition for certification denied. (See 129 *N. J. Super.* 315)

STATE OF NEW JERSEY v. RAYMOND BRAEUNIG.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH F. GLEDHILL.

October 15, 1974. Petition for certification granted. (See 129 *N. J. Super.* 113)